**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Adam S. Miller                          CHAPTER 13

<u>Debtor(s)</u>

BKY. NO. 20-14559 PMM

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

       Kindly enter my appearance on behalf of Lakeview Loan Servicing, LLC and index same on the master mailing list.

                                                          Respectfully submitted,

/s/ *Rebecca Solarz*
Rebecca Solarz
08 Dec 2020, 15:07:15, EST

                                             KML Law Group, P.C.
                                             701 Market Street, Suite 5000
                                             Philadelphia, PA 19106-1532
                                             (215) 627-1322