IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:  ADAM S. MILLER, | : | Bankruptcy No. 20-14559-PMM |
| | : | |
| Debtor. | : | Chapter 13 |

### ORDER OF COURT

AND NOW, this __14th__ day of _____December_____, 2020, upon consideration of the Debtor's Motion for Enlargement of Time, it is hereby ORDERED and DECREED that the Debtor's deadline for filing the Attorney Disclosure Statement, Chapter 13 Plan, Schedules AB-J, Statement of Financial Affairs, Summary of Assets and Liabilities, and Statement of Current Monthly Income Form 122 are extended until December 24, 2020.

BY THE COURT:

_Patricia M. Mayer_
_____
UNITED STATES BANKRUPTCY JUDGE
Hon. Patricia M. Mayer