**CBRE Technical Services, LLC**
2100 Ross Avenue, Suite 1600 - Payroll    Dallas, TX 75201

# Earnings Statement

| | | |
|---|---|---|
| ADAM SAMUEL MILLER<br>4226 Penn Ave<br>Reading, PA 19608 | Employee ID:<br>Department: 240101-FM Ded<br>Location: Hamburg-3530 Mountain Road<br>Pay Group: BWH-Bi-Weekly Hourly Employees<br>Business Unit: 10540<br>Pay Rate: $33.000000 Hourly | Check #: 000000009662870<br>Check Date: 09/04/2020<br>Pay Begin Date: 08/16/2020<br>Pay End Date: 08/29/2020 |

| TAX DATA: | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | 6 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| | | Current | | | YTD | |
|---|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings | |
| Regular | 33.000000 | 80.00 | 2,640.00 | 689.24 | 21,031.56 | |
| Overtime | 49.500000 | 0.08 | 3.96 | 28.94 | 1,302.66 | |
| Bonus Regular | | | 0.00 | | 500.00 | |
| Reimburs Bon | | | 0.00 | | 500.00 | |
| Holiday-Hrly | | | 0.00 | 10.00 | 300.00 | |
| Holiday Wrkd & Hol Pay (1.5) | | | 0.00 | | 0.00 | |
| PTO-Hrly | | | 0.00 | 12.00 | 366.00 | |
| Supp. Differential | | | 0.00 | | 534.43 | |
| Basic Life>$50k-Imp Inc* | | | 1.62 | | 14.58 | |
| **TOTAL:** | | **80.08** | **2,643.96** | **740.18** | **24,534.65** | |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 396.36 |
| Fed MED/EE | 34.18 | 318.30 |
| Fed OASDI/EE | 146.13 | 1,361.00 |
| PA Unempl EE | 1.59 | 14.73 |
| PA Withholdng | 72.31 | 673.46 |
| PA UPPER BERN TWP Withholdng | 23.55 | 219.37 |
| **TOTAL:** | **277.76** | **2,983.22** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child AD&D | 0.23 | 2.07 |
| Dental Pre-Tax | 29.08 | 261.72 |
| Medical HSA Employee Paid | 31.35 | 282.15 |
| Medical Pre-Tax | 215.08 | 1,935.72 |
| AD&D - Spouse | 0.92 | 8.28 |
| Supp AD&D | 2.31 | 20.79 |
| Vision Pre-Tax | 9.66 | 86.94 |
| 401K | 0.00 | 1,138.29 |
| **TOTAL:** | **288.63** | **3,735.96** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 237.96 | 648.69 |
| Child Life | 1.04 | 9.36 |
| Critical Illness | 4.83 | 43.47 |
| Supp Life Post Tax | 5.31 | 47.79 |
| Spouse Life | 3.69 | 29.53 |
| **TOTAL:** | **252.83** | **778.84** |

| Deal Details | Current Commission | Deal Details | Current Commission |
|---|---|---|---|
| | | Total Commission | 0.00 |
| | | Total Commission Adjustment | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,643.96 | 2,356.95 | 277.76 | 541.46 | 1,824.74 |
| YTD | 24,534.65 | 20,813.27 | 2,983.22 | 4,514.80 | 17,036.63 |

| PTO Balance | 29.1 | YTD Net Commission | 0.00 | Draw Recovery Balance | 0.00 |
|---|---|---|---|---|---|
| US Sick | 0.0 | Commission Adjustment Balance | 0.00 | Held Commission Balance | 0.00 |
| PR Sick | 0.0 | Paycheck Questions? Call 866-225-3099 | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000009662870 | | | 1,824.74 |
| | | **TOTAL:** | **1,824.74** |

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Bank Name | Account Number | ABA Number | Deposit Amount |
|---|---|---|---|---|
| Checking | VIST BANK | ******6559 | 031312194 | 1,824.74 |

**MESSAGE:**

**CBRE Technical Services, LLC**
2100 Ross Avenue, Suite 1600 - Payroll    Dallas, TX 75201

# Earnings Statement

**ADAM SAMUEL MILLER**
4226 Penn Ave
Reading, PA 19608

| | |
|---|---|
| Employee ID: | |
| Department: | 240101-FM Ded |
| Location: | Hamburg-3530 Mountain Road |
| Pay Group: | |
| Business Unit: | BWH-Bi-Weekly Hourly Employees 10540 |
| Pay Rate: | $33.000000 Hourly |

| | |
|---|---|
| Check #: | 000000009699087 |
| Check Date: | 09/18/2020 |
| Pay Begin Date: | 08/30/2020 |
| Pay End Date: | 09/12/2020 |

**TAX DATA:**

| | Federal | PA State |
|---|---|---|
| Marital Status: | Married | N/A |
| Allowances: | N/A | 6 |
| Addl. Percent: | N/A | |
| Addl. Amount: | | |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 33.000000 | 72.00 | 2,376.00 | 761.24 | 23,407.56 |
| Holiday-Hrly | 33.000000 | 8.00 | 264.00 | 18.00 | 564.00 |
| Bonus Regular | | | 0.00 | | 500.00 |
| Reimburs Bon | | | 0.00 | | 500.00 |
| Holiday Wrkd & Hol Pay (1.5) | | | 0.00 | | 0.00 |
| Overtime | | | 0.00 | 28.94 | 1,302.66 |
| PTO-Hrly | | | 0.00 | 12.00 | 366.00 |
| Supp. Differential | | | 0.00 | | 534.43 |
| Basic Life>$50k-Imp Inc* | | | 1.62 | | 16.20 |
| **TOTAL:** | | **80.00** | **2,640.00** | **820.18** | **27,174.65** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 396.36 |
| Fed MED/EE | 34.12 | 352.42 |
| Fed OASDI/EE | 145.88 | 1,506.88 |
| PA Unempl EE | 1.58 | 16.31 |
| PA Withholdng | 72.19 | 745.65 |
| PA UPPER BERN TWP Withholdng | 23.51 | 242.88 |
| **TOTAL:** | **277.28** | **3,260.50** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child AD&D | 0.23 | 2.30 |
| Dental Pre-Tax | 29.08 | 290.80 |
| Medical HSA Employee Paid | 31.35 | 313.50 |
| Medical Pre-Tax | 215.08 | 2,150.80 |
| AD&D - Spouse | 0.92 | 9.20 |
| Supp AD&D | 2.31 | 23.10 |
| Vision Pre-Tax | 9.66 | 96.60 |
| 401K | 0.00 | 1,138.29 |
| **TOTAL:** | **288.63** | **4,024.59** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 237.60 | 886.29 |
| Child Life | 1.04 | 10.40 |
| Critical Illness | 4.83 | 48.30 |
| Supp Life Post Tax | 5.31 | 53.10 |
| Spouse Life | 3.69 | 33.22 |
| **TOTAL:** | **252.47** | **1,031.31** |

**Deal Details** — Current Commission

**Deal Details** — Current Commission

Total Commission     0.00
Total Commission Adjustment     0.00

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,640.00 | 2,352.99 | 277.28 | 541.10 | 1,821.62 |
| YTD | 27,174.65 | 23,166.26 | 3,260.50 | 5,055.90 | 18,858.25 |

| | | | | |
|---|---|---|---|---|
| PTO Balance | 33.7 | YTD Net Commission | 0.00 | Draw Recovery Balance  0.00 |
| US Sick | 0.0 | Commission Adjustment Balance | 0.00 | Held Commission Balance  0.00 |
| PR Sick | 0.0 | Paycheck Questions? Call 866-225-3099 | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000009699087 | | | 1,821.62 |
| | | **TOTAL:** | **1,821.62** |

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Bank Name | Account Number | ABA Number | Deposit Amount |
|---|---|---|---|---|
| Checking | VIST BANK | ******6559 | 031312194 | 1,821.62 |

**MESSAGE:**

**CBRE Technical Services, LLC**
2100 Ross Avenue, Suite 1600 - Payroll   Dallas, TX 75201

## Earnings Statement

| | | | |
|---|---|---|---|
| ADAM SAMUEL MILLER<br>4226 Penn Ave<br>Reading, PA 19608 | Employee ID:<br>Department: 240101-FM Ded<br>Location: Hamburg-3530 Mountain Road<br>Pay Group: BWH-Bi-Weekly Hourly Employees<br>Business Unit: 10540 | Check #: 000000009735810<br>Check Date: 10/02/2020<br>Pay Begin Date: 09/13/2020<br>Pay End Date: 09/26/2020 | TAX DATA:  Federal   PA State<br>Marital Status: Married   N/A<br>Allowances: N/A   6<br>Addl. Percent: N/A<br>Addl. Amount: |
| | Pay Rate: $33.000000 Hourly | | |

### HOURS AND EARNINGS

| Description | Rate | Current Hours | Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 33.000000 | 72.13 | 2,380.29 | 833.37 | 25,787.85 |
| PTO-Hrly | 33.000000 | 8.00 | 264.00 | 20.00 | 630.00 |
| Overtime | 49.500000 | 1.95 | 96.53 | 30.89 | 1,399.19 |
| Bonus Regular | | | 0.00 | | 500.00 |
| Reimburs Bon | | | 0.00 | | 500.00 |
| Holiday-Hrly | | | 0.00 | 18.00 | 564.00 |
| Holiday Wrkd & Hol Pay (1.5) | | | 0.00 | | 0.00 |
| Supp. Differential | | | 0.00 | | 534.43 |
| Basic Life>$50k-Imp Inc* | | | 1.62 | | 17.82 |
| **TOTAL:** | | **82.08** | **2,740.82** | **902.26** | **29,915.47** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 10.76 | 407.12 |
| Fed MED/EE | 35.58 | 388.00 |
| Fed OASDI/EE | 152.14 | 1,659.02 |
| PA Unempl EE | 1.65 | 17.96 |
| PA Withholdng | 75.28 | 820.93 |
| PA UPPER BERN TWP Withholdng | 24.52 | 267.40 |
| **TOTAL:** | **299.93** | **3,560.43** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child AD&D | 0.23 | 2.53 |
| Dental Pre-Tax | 29.08 | 319.88 |
| Medical HSA Employee Paid | 31.35 | 344.85 |
| Medical Pre-Tax | 215.08 | 2,365.88 |
| AD&D - Spouse | 0.92 | 10.12 |
| Supp AD&D | 2.31 | 25.41 |
| Vision Pre-Tax | 9.66 | 106.26 |
| 401K | 0.00 | 1,138.29 |
| **TOTAL:** | **288.63** | **4,313.22** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 246.67 | 1,132.96 |
| Child Life | 1.04 | 11.44 |
| Critical Illness | 4.83 | 53.13 |
| Supp Life Post Tax | 5.31 | 58.41 |
| Spouse Life | 3.69 | 36.91 |
| **TOTAL:** | **261.54** | **1,292.85** |

| Deal Details | Current Commission |
|---|---|
| | |

| Deal Details | Current Commission |
|---|---|
| Total Commission | 0.00 |
| Total Commission Adjustment | 0.00 |

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,740.82 | 2,453.81 | 299.93 | 550.17 | 1,890.72 |
| YTD | 29,915.47 | 25,620.07 | 3,560.43 | 5,606.07 | 20,748.97 |

| PTO Balance | 30.3 | YTD Net Commission | 0.00 | Draw Recovery Balance | 0.00 |
|---|---|---|---|---|---|
| US Sick | 0.0 | Commission Adjustment Balance | 0.00 | Held Commission Balance | 0.00 |
| PR Sick | 0.0 | Paycheck Questions? Call 866-225-3099 | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000009735810 | | | 1,890.72 |
| | | **TOTAL:** | **1,890.72** |

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Bank Name | Account Number | ABA Number | Deposit Amount |
|---|---|---|---|---|
| Checking | VIST BANK | ******6559 | 031312194 | 1,890.72 |

**MESSAGE:**

**CBRE Technical Services, LLC**
2100 Ross Avenue, Suite 1600 - Payroll    Dallas, TX 75201

## Earnings Statement

| | | | | |
|---|---|---|---|---|
| ADAM SAMUEL MILLER<br>4226 Penn Ave<br>Reading, PA 19608 | Employee ID:<br>Department: 240101-FM Ded<br>Location: Hamburg-3530 Mountain Road<br>Pay Group: BWH-Bi-Weekly Hourly Employees<br>Business Unit: 10540<br>Pay Rate: $33.000000 Hourly | Check #: 000000009772465<br>Check Date: 10/16/2020<br>Pay Begin Date: 09/27/2020<br>Pay End Date: 10/10/2020 | TAX DATA:<br>Marital Status:<br>Allowances:<br>Addl. Percent:<br>Addl. Amount: | Federal<br>Married<br>N/A<br>N/A | PA State<br>N/A<br>6 |

### HOURS AND EARNINGS

| | | Current | | YTD | |
|---|---|---|---|---|---|
| Description | Rate | Hours | Earnings | Hours | Earnings |
| Regular | 33.000000 | 80.00 | 2,640.00 | 913.37 | 28,427.85 |
| Overtime | 49.500000 | 3.70 | 183.15 | 34.59 | 1,582.34 |
| Bonus Regular | | | 0.00 | | 500.00 |
| Reimburs Bon | | | 0.00 | | 500.00 |
| Holiday-Hrly | | | 0.00 | 18.00 | 564.00 |
| Holiday Wrkd & Hol Pay (1.5) | | | 0.00 | | 0.00 |
| PTO-Hrly | | | 0.00 | 20.00 | 630.00 |
| Supp. Differential | | | 0.00 | | 534.43 |
| Basic Life>$50k-Imp Inc* | | | 1.62 | | 19.44 |
| **TOTAL:** | | **83.70** | **2,823.15** | **985.96** | **32,738.62** |

### TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 20.64 | 427.76 |
| Fed MED/EE | 36.77 | 424.77 |
| Fed OASDI/EE | 157.24 | 1,816.26 |
| PA Unempl EE | 1.69 | 19.65 |
| PA Withholdng | 77.81 | 898.74 |
| PA UPPER BERN TWP Withholdng | 25.35 | 292.75 |
| **TOTAL:** | **319.50** | **3,879.93** |

### BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child AD&D | 0.23 | 2.76 |
| Dental Pre-Tax | 29.08 | 348.96 |
| Medical HSA Employee Paid | 31.35 | 376.20 |
| Medical Pre-Tax | 215.08 | 2,580.96 |
| AD&D - Spouse | 0.92 | 11.04 |
| Supp AD&D | 2.31 | 27.72 |
| Vision Pre-Tax | 9.66 | 115.92 |
| 401K | 0.00 | 1,138.29 |
| **TOTAL:** | **288.63** | **4,601.85** |

### AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 254.08 | 1,387.04 |
| Child Life | 1.04 | 12.48 |
| Critical Illness | 4.83 | 57.96 |
| Supp Life Post Tax | 5.31 | 63.72 |
| Spouse Life | 3.69 | 40.60 |
| **TOTAL:** | **268.95** | **1,561.80** |

Deal Details — Current Commission
Deal Details — Current Commission

Total Commission    0.00
Total Commission Adjustment    0.00

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,823.15 | 2,536.14 | 319.50 | 557.58 | 1,946.07 |
| YTD | 32,738.62 | 28,156.21 | 3,879.93 | 6,163.65 | 22,695.04 |

| | | | | | | |
|---|---|---|---|---|---|---|
| PTO Balance | 34.9 | YTD Net Commission | 0.00 | Draw Recovery Balance | 0.00 | |
| US Sick | 0.0 | Commission Adjustment Balance | 0.00 | Held Commission Balance | 0.00 | |
| PR Sick | 0.0 | Paycheck Questions? Call 866-225-3099 | | | | |

**NET PAY DISTRIBUTION**

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000009772465 | | | 1,946.07 |
| | | **TOTAL:** | **1,946.07** |

### DIRECT DEPOSIT DISTRIBUTION

| Account Type | Bank Name | Account Number | ABA Number | Deposit Amount |
|---|---|---|---|---|
| Checking | VIST BANK | ******6559 | 031312194 | 1,946.07 |

**MESSAGE:**

**CBRE Technical Services, LLC**
2100 Ross Avenue, Suite 1600 - Payroll   Dallas, TX 75201

# Earnings Statement

| | | | |
|---|---|---|---|
| ADAM SAMUEL MILLER<br>4226 Penn Ave<br>Reading, PA 19608 | Employee ID:<br>Department: 240101-FM Ded<br>Location: Hamburg-3530 Mountain Road<br>Pay Group:<br>Business Unit: BWH-Bi-Weekly Hourly Employees 10540<br>Pay Rate: $33.000000 Hourly | Check #: 000000009813393<br>Check Date: 10/30/2020<br>Pay Begin Date: 10/11/2020<br>Pay End Date: 10/24/2020 | TAX DATA: Federal / PA State<br>Marital Status: Married / N/A<br>Allowances: N/A / 6<br>Addl. Percent: N/A<br>Addl. Amount: |

## HOURS AND EARNINGS

| Description | Rate | Current Hours | Current Earnings | YTD Hours | YTD Earnings |
|---|---|---|---|---|---|
| Regular | 33.000000 | 64.00 | 2,112.00 | 977.37 | 30,539.85 |
| Floating Holiday | 33.000000 | 16.00 | 528.00 | 16.00 | 528.00 |
| Bonus Regular | | | 0.00 | | 500.00 |
| Reimburs Bon | | | 0.00 | | 500.00 |
| Holiday-Hrly | | | 0.00 | 18.00 | 564.00 |
| Holiday Wrkd & Hol Pay (1.5) | | | 0.00 | | 0.00 |
| Overtime | | | 0.00 | 34.59 | 1,582.31 |
| PTO-Hrly | | | 0.00 | 20.00 | 630.00 |
| Supp. Differential | | | 0.00 | | 534.43 |
| Basic Life>$50k-Imp Inc* | | | 1.62 | | 21.06 |
| **TOTAL:** | | **80.00** | **2,640.00** | **1,065.96** | **35,378.62** |

## TAXES

| Description | Current | YTD |
|---|---|---|
| Fed Withholdng | 0.00 | 427.76 |
| Fed MED/EE | 34.12 | 458.89 |
| Fed OASDI/EE | 145.88 | 1,962.14 |
| PA Unempl EE | 1.59 | 21.24 |
| PA Withholdng | 72.19 | 970.93 |
| PA UPPER BERN TWP Withholdng | 23.51 | 316.26 |
| **TOTAL:** | **277.29** | **4,157.22** |

## BEFORE-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Child AD&D | 0.23 | 2.99 |
| Dental Pre-Tax | 29.08 | 378.04 |
| Medical HSA Employee Paid | 31.35 | 407.55 |
| Medical Pre-Tax | 215.08 | 2,796.04 |
| AD&D - Spouse | 0.92 | 11.96 |
| Supp AD&D | 2.31 | 30.03 |
| Vision Pre-Tax | 9.66 | 125.58 |
| 401K | 0.00 | 1,138.29 |
| **TOTAL:** | **288.63** | **4,890.48** |

## AFTER-TAX DEDUCTIONS

| Description | Current | YTD |
|---|---|---|
| Roth 401k | 237.60 | 1,624.64 |
| Child Life | 1.04 | 13.52 |
| Critical Illness | 4.83 | 62.79 |
| Supp Life Post Tax | 5.31 | 69.03 |
| Spouse Life | 3.69 | 44.29 |
| **TOTAL:** | **252.47** | **1,814.27** |

Deal Details — Current Commission

Deal Details — Current Commission

Total Commission  0.00
Total Commission Adjustment  0.00

| | TOTAL GROSS | FED TAXABLE GROSS | TOTAL TAXES | TOTAL DEDUCTIONS | NET PAY |
|---|---|---|---|---|---|
| Current | 2,640.00 | 2,352.99 | 277.29 | 541.10 | 1,821.61 |
| YTD | 35,378.62 | 30,509.20 | 4,157.22 | 6,704.75 | 24,516.65 |

| PTO Balance | 39.6 | YTD Net Commission | 0.00 | Draw Recovery Balance | 0.00 |
|---|---|---|---|---|---|
| US Sick | 0.0 | Commission Adjustment Balance | 0.00 | Held Commission Balance | 0.00 |
| PR Sick | 0.0 | Paycheck Questions? Call 866-225-3099 | | | |

### NET PAY DISTRIBUTION

| Payment Type | Account Type | Account Number | Amount |
|---|---|---|---|
| Advice #000000009813393 | | | 1,821.61 |
| | | **TOTAL:** | **1,821.61** |

## DIRECT DEPOSIT DISTRIBUTION

| Account Type | Bank Name | Account Number | ABA Number | Deposit Amount |
|---|---|---|---|---|
| Checking | VIST BANK | ******6559 | 031312194 | 1,821.61 |

MESSAGE: