| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 20-14559-PMM**

Adam S. Miller
4226 Penn Avenue
Reading  PA    19608-1169

Petition Filed Date: 11/26/2020
341 Hearing Date: 02/02/2021
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/15/2021 | $259.26 | | 02/16/2021 | $259.26 | | 03/15/2021 | $259.26 | |
| 04/15/2021 | $259.26 | | 05/17/2021 | $259.26 | | | | |

**Total Receipts for the Period: $1,296.30    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,296.30**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| | | | | | |

### SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,296.30 | Current Monthly Payment: | $259.26 |
| Paid to Claims: | $0.00 | Arrearages: | $259.26 |
| Paid to Trustee: | $98.53 | Total Plan Base: | $15,555.60 |
| Funds on Hand: | $1,197.77 | | |

**NOTES:**

• PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.