# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Adam S. Miller <br>        Debtor(s) <br><br> Lakeview Loan Servicing, LLC, its successors and/or assigns <br>        Movant <br>   vs. <br><br> Adam S. Miller <br>        Debtor(s) <br><br> Scott F. Waterman <br>        Trustee | CHAPTER 13 <br><br> NO. 20-14559 PMM |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Objection to Confirmation of Lakeview Loan Servicing, LLC, which was filed with the Court on or about **March 3, 2021 (Doc. No. 20)**.

                Respectfully submitted,


                /s/ Rebecca A. Solarz, Esq.
                _____

                Rebecca A. Solarz, Esquire
                KML Law Group, P.C.
                BNY Mellon Independence Center
                701 Market Street, Suite 5000
                Philadelphia, PA  19106
                Phone: (215)-627-1322

Dated: 11/18/2021