United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Adam S. Miller  
    Debtor

Case No. 20-14559-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: Dec 16, 2021      Form ID: 155      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 18, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Adam S. Miller, 4226 Penn Avenue, Reading, PA 19608-1169 |
| 14563950 | | AMERICAN EXPRESS, PO Box 981537, El Paso, TX 79998-1537 |
| 14574493 | | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14563952 | | Chelsee P. Uhrich, 4226 Penn Avenue, Reading, PA 19608-1169 |
| 14570384 | + | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14567473 | + | LAKEVIEW LOAN SERVICING, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14567173 | + | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14563958 | + | Matthew R. Miller, 1251 N 10th St, Reading, PA 19604-2003 |
| 14647208 | | Santander Bank, NA, PO BOX 847051, Boston, MA 02284-7051 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14577245 | | Email/Text: ally@ebn.phinsolutions.com | Dec 16 2021 23:25:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620473 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Dec 16 2021 23:35:31 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14563949 | | Email/Text: ally@ebn.phinsolutions.com | Dec 16 2021 23:25:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14563951 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Dec 16 2021 23:35:22 | CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14563954 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2021 23:25:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14567293 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Dec 16 2021 23:25:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14568046 | + | Email/PDF: ebn_ais@aisinfo.com | Dec 16 2021 23:35:31 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14563953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2021 23:35:24 | CitiCards CBNA, 701 E 60th Street N, Sioux Falls, SD 57104-0432 |
| 14572902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 16 2021 23:35:32 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14563955 | + | Email/Text: bankruptcy.notices@hdfsi.com | Dec 16 2021 23:25:00 | Harley Davidson Financial, 222 W Adams, Suite 2000, Chicago, IL 60606-5307 |
| 14563956 | | Email/PDF: ais.chase.ebn@aisinfo.com | Dec 16 2021 23:35:31 | JPMCB - Card Services, 301 N Walnut St, FL 09, Wilmington, DE 19801-3935 |
| 14569913 | + | Email/Text: RASEBN@raslg.com | Dec 16 2021 23:25:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |

Case 20-14559-pmm   Doc 41   Filed 12/18/21   Entered 12/19/21 00:28:54   Desc Imaged
Certificate of Notice   Page 2 of 3

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 16, 2021 | Form ID: 155 | Total Noticed: 29 |

| Recipient ID | Notice Method | Date/Time | Address |
|---|---|---|---|
| 14563957 | Email/Text: camanagement@mtb.com | Dec 16 2021 23:25:00 | M&T Bank, Attn: Bankruptcy Department, 1100 Whehrle Drive, Williamsville, NY 14221 |
| 14574523 | Email/Text: camanagement@mtb.com | Dec 16 2021 23:25:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14563959 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2021 23:25:00 | PNC Bank, NA, P5-PCLC-A1-N, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14572436 | Email/Text: Bankruptcy.Notices@pnc.com | Dec 16 2021 23:25:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14578768 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Dec 16 2021 23:35:27 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14563960 | + Email/Text: DeftBkr@santander.us | Dec 16 2021 23:25:00 | Santander Bank NA, 1130 Berkshire Blvd 3rd FL, Wyomissing, PA 19610-1242 |
| 14568753 | + Email/Text: DeftBkr@santander.us | Dec 16 2021 23:25:00 | Santander Bank, N.A., 450 Penn St. MC: 10-421-MC3, Reading, PA 19602-1011 |
| 14563961 | + Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Dec 16 2021 23:25:00 | VERIZON WIRELESS, PO BOX 26055, MINNEAPOLIS, MN 55426-0055 |

TOTAL: 20

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Dec 18, 2021            Signature:       /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 16, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| REBECCA ANN SOLARZ | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC bkgroup@kmllawgroup.com, rsolarz@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Adam S. Miller steve@sottolaw.com info@sottolaw.com,no_reply@ecf.inforuptcy.com,dawn@sottolaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Adam S. Miller
    Debtor(s)

Chapter: 13
Bankruptcy No: 20−14559−pmm

---

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

AND NOW, this December 16, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

    Patricia M. Mayer
    Judge ,
    United States Bankruptcy Court

40
Form 155