| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
**Chapter 13 Case No. 20-14559-PMM**

Adam S. Miller
4226 Penn Avenue
Reading  PA   19608-1169

Petition Filed Date: 11/26/2020
341 Hearing Date: 02/02/2021
Confirmation Date: 12/16/2021

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2022 | $277.00 | | 09/19/2022 | $277.00 | | 10/18/2022 | $277.00 | |
| 11/21/2022 | $277.00 | | 12/19/2022 | $277.00 | | 01/18/2023 | $277.00 | |
| 02/21/2023 | $277.00 | | 03/20/2023 | $277.00 | | 04/17/2023 | $277.00 | |
| 05/17/2023 | $277.00 | | 06/20/2023 | $277.00 | | 07/17/2023 | $277.00 | |

**Total Receipts for the Period: $3,324.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,374.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $42,160.89 | $1,663.08 | $40,497.81 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $3,653.80 | $144.10 | $3,509.70 |
| 3 | SANTANDER BANK NA<br>»» 003 | Unsecured Creditors | $3,548.91 | $139.98 | $3,408.93 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $10,320.57 | $407.10 | $9,913.47 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $3,998.64 | $157.71 | $3,840.93 |
| 6 | HARLEY DAVIDSON CREDIT CORP<br>»» 006 | Unsecured Creditors | $12,558.72 | $495.38 | $12,063.34 |
| 7 | PNC BANK<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $26,724.99 | $1,054.18 | $25,670.81 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $7,380.28 | $291.11 | $7,089.17 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $127.35 | $127.35 | $0.00 |
| 11 | ALLY FINANCIAL<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $5,008.26 | $197.55 | $4,810.71 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

Chapter 13 Case No. 20-14559-PMM

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,374.12 | Current Monthly Payment: | $277.00 |
| Paid to Claims: | $7,677.54 | Arrearages: | ($241.52) |
| Paid to Trustee: | $696.58 | Total Plan Base: | $15,888.60 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.