UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| ADAM S. MILLER | : | Chapter 13 |
| | : | |
| Debtor | : | No. 20-14559-PMM |

# ORDER

**AND NOW**, upon consideration of the Trustee's Motion for Alternative Disbursement, and any answer filed thereto, and after notice and a hearing it is

**DETERMINED,** that the Trustee has paid Citizens Bank, N.A. the amount of $1,570.95 regarding claim No. 1 in this case, and it is

**ORDERED,** that the Standing Chapter 13 Trustee shall make no further disbursements to Citizens Bank, N.A., Claim 1, in this case and shall disburse the funds he is holding to the remaining unpaid creditors in accordance with the terms of the confirmed plan.

BY THE COURT

Dated: **January 4, 2024**

*Patricia M. Mayer*
**HON. PATRICIA M. MAYER,**
**BANKRUPTCY JUDGE**