Office Mailing Address:
Scott F. Waterman, Trustee
2901 St. Lawrence Avenue, Suite 100
Reading, PA  19606

Send Payments **ONLY** to:
Scott F. Waterman, Trustee
P.O. Box 680
Memphis, TN  38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
### Activity for the period from 08/01/2023 to 07/31/2024
### Chapter 13 Case No. 20-14559-PMM

Adam S. Miller
4226 Penn Avenue
Reading  PA    19608-1169

Petition Filed Date: 11/26/2020
341 Hearing Date: 02/02/2021
Confirmation Date: 12/16/2021

Case Status: Open / Unconfirmed

## RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/17/2023 | $277.00 | | 09/19/2023 | $277.00 | | 10/18/2023 | $277.00 | |
| 11/21/2023 | $277.00 | | 12/18/2023 | $277.00 | | 01/18/2024 | $277.00 | |
| 02/20/2024 | $277.00 | | 03/18/2024 | $277.00 | | 04/17/2024 | $277.00 | |
| 05/20/2024 | $277.00 | | 06/17/2024 | $277.00 | | 07/17/2024 | $277.00 | |

**Total Receipts for the Period: $3,324.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $11,975.12**

## DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | CITIZENS BANK NA »» 001 | Unsecured Creditors | $1,570.95 | $1,570.95 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA »» 002 | Unsecured Creditors | $3,653.80 | $285.86 | $3,367.94 |
| 3 | SANTANDER BANK NA »» 003 | Unsecured Creditors | $3,548.91 | $277.68 | $3,271.23 |
| 4 | CHASE BANK USA NA »» 004 | Unsecured Creditors | $10,320.57 | $842.68 | $9,477.89 |
| 5 | CHASE BANK USA NA »» 005 | Unsecured Creditors | $3,998.64 | $312.86 | $3,685.78 |
| 6 | HARLEY DAVIDSON CREDIT CORP »» 006 | Unsecured Creditors | $12,558.72 | $1,025.44 | $11,533.28 |
| 7 | PNC BANK »» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK NA »» 008 | Unsecured Creditors | $26,724.99 | $2,182.17 | $24,542.82 |
| 9 | AMERICAN EXPRESS NATIONAL BANK »» 009 | Unsecured Creditors | $7,380.28 | $602.62 | $6,777.66 |
| 10 | M&T BANK »» 010 | Mortgage Arrears | $127.35 | $127.35 | $0.00 |
| 11 | ALLY FINANCIAL »» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES »» 012 | Unsecured Creditors | $5,008.26 | $408.93 | $4,599.33 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 20-14559-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $11,975.12 | Current Monthly Payment: | $277.00 |
| Paid to Claims: | $10,636.54 | Arrearages: | ($241.52) |
| Paid to Trustee: | $1,051.14 | Total Plan Base: | $15,888.60 |
| Funds on Hand: | $287.44 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.