| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

## OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
### REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
**Chapter 13 Case No. 20-14559-PMM**

| | |
|---|---|
| Adam S. Miller | Petition Filed Date: 11/26/2020 |
| 4226 Penn Avenue | 341 Hearing Date: 02/02/2021 |
| Reading  PA    19608-1169 | Confirmation Date: 12/16/2021 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/19/2024 | $277.00 | | 09/17/2024 | $277.00 | | 10/18/2024 | $277.00 | |
| 11/19/2024 | $277.00 | | 12/17/2024 | $277.00 | | 01/17/2025 | $277.00 | |
| 02/18/2025 | $277.00 | | 03/17/2025 | $277.00 | | 04/17/2025 | $277.00 | |
| 05/19/2025 | $277.00 | | 06/18/2025 | $277.00 | | 07/17/2025 | $277.00 | |

**Total Receipts for the Period: $3,324.00    Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $15,299.12**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 1 | CITIZENS BANK NA<br>»» 001 | Unsecured Creditors | $1,570.95 | $1,570.95 | $0.00 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $3,653.80 | $450.95 | $3,202.85 |
| 3 | SANTANDER BANK NA<br>»» 003 | Unsecured Creditors | $3,548.91 | $438.02 | $3,110.89 |
| 4 | CHASE BANK USA NA<br>»» 004 | Unsecured Creditors | $10,320.57 | $1,310.79 | $9,009.78 |
| 5 | CHASE BANK USA NA<br>»» 005 | Unsecured Creditors | $3,998.64 | $493.54 | $3,505.10 |
| 6 | HARLEY DAVIDSON CREDIT CORP<br>»» 006 | Unsecured Creditors | $12,558.72 | $1,595.06 | $10,963.66 |
| 7 | PNC BANK<br>»» 007 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 8 | CITIBANK NA<br>»» 008 | Unsecured Creditors | $26,724.99 | $3,394.31 | $23,330.68 |
| 9 | AMERICAN EXPRESS NATIONAL BANK<br>»» 009 | Unsecured Creditors | $7,380.28 | $937.36 | $6,442.92 |
| 10 | M&T BANK<br>»» 010 | Mortgage Arrears | $127.35 | $127.35 | $0.00 |
| 11 | ALLY FINANCIAL INC aka ALLY BANK<br>»» 011 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 12 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 012 | Unsecured Creditors | $5,008.26 | $636.10 | $4,372.16 |
| 0 | STEPHEN MC COY OTTO ESQ | Attorney Fees | $3,000.00 | $3,000.00 | $0.00 |

**Chapter 13 Case No. 20-14559-PMM**

| SUMMARY |
|---|

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $15,299.12 | Current Monthly Payment: | $277.00 |
| Paid to Claims: | $13,954.43 | Arrearages: | ($241.52) |
| Paid to Trustee: | $1,304.62 | Total Plan Base: | $15,888.60 |
| Funds on Hand: | $40.07 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.