Certificate Number: 14912-PAE-DE-040557777

Bankruptcy Case Number: 20-14559



14912-PAE-DE-040557777

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on January 28, 2026, at 3:24 o'clock PM EST, Adam Miller completed a course on personal financial management given by internet by 001 Debtoredu LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: January 28, 2026

By: /s/Jai Bhatt

Name: Jai Bhatt

Title: Counselor