United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Adam S. Miller  
    Debtor

Case No. 20-14559-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 3  
Date Rcvd: Jan 29, 2026      Form ID: 138OBJ      Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ++++ | Addresses marked '++++' were modified by the USPS Locatable Address Conversion System. This system converts rural route numbers to street addresses. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 31, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Adam S. Miller, 4226 Penn Avenue, Reading, PA 19608-1169 |
| 14563952 | | Chelsee P. Uhrich, 4226 Penn Avenue, Reading, PA 19608-1169 |
| 14567473 | + | LAKEVIEW LOAN SERVICING, LLC, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14647208 | ++++ | SANTANDER BANK, NA, MC: PA-WYO-CP3, 1001 COMMONS BLVD, READING PA 19605-5500 address filed with court:, Santander Bank, NA, 10 Commons Blvd., MC: PA-WYO-CP3, Reading, PA 19605 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Jan 30 2026 00:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Jan 30 2026 00:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14563950 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2026 00:42:27 | AMERICAN EXPRESS, PO Box 981537, El Paso, TX 79998-1537 |
| 14577245 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:37:00 | Ally Bank, PO Box 130424, Roseville, MN 55113-0004 |
| 14620473 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 30 2026 00:42:27 | Ally Bank, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14563949 | | Email/Text: ally@ebn.phinsolutions.com | Jan 30 2026 00:37:00 | Ally Financial, P.O. Box 380901, Bloomington, MN 55438-0901 |
| 14574493 | | Email/PDF: bncnotices@becket-lee.com | Jan 30 2026 00:42:37 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14563951 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jan 30 2026 00:42:24 | CAPITAL ONE BANK USA N, 15000 CAPITAL ONE DR, RICHMOND, VA 23238 |
| 14563954 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2026 00:37:00 | Citizens Bank, 1 Citizens Drive, Riverside, RI 02915 |
| 14567293 | | Email/Text: Bankruptcy.RI@Citizensbank.com | Jan 30 2026 00:37:00 | Citizens Bank N.A., One Citizens Bank Way, JCA115, Johnston, Rhode Island 02919 |
| 14568046 | + | Email/PDF: ebn_ais@aisinfo.com | Jan 30 2026 00:42:27 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

| District/off: 0313-4 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14563953 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:55:53 | CitiCards CBNA, 701 E 60th Street N, Sioux Falls, SD 57104-0432 |
| 14572902 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Jan 30 2026 00:55:53 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 14563955 | + | Email/Text: bankruptcy.notices@hdfsi.com | Jan 30 2026 00:37:00 | Harley Davidson Financial, 222 W Adams, Suite 2000, Chicago, IL 60606-5307 |
| 14570384 | + | Email/Text: HarleyDavidsonBKNotices@nationalbankruptcy.com | Jan 30 2026 00:37:00 | Harley-Davidson Credit Corp., PO Box 9013, Addison, Texas 75001-9013 |
| 14563956 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jan 30 2026 00:42:24 | JPMCB - Card Services, 301 N Walnut St, FL 09, Wilmington, DE 19801-3971 |
| 14569913 | + | Email/Text: RASEBN@raslg.com | Jan 30 2026 00:37:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14567173 | ^ | MEBN | Jan 30 2026 00:35:32 | Lakeview Loan Servicing, LLC, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14563957 | | Email/Text: camanagement@mtb.com | Jan 30 2026 00:37:00 | M&T Bank, Attn: Bankruptcy Department, 1100 Whehrle Drive, Williamsville, NY 14221 |
| 14574523 | | Email/Text: camanagement@mtb.com | Jan 30 2026 00:37:00 | M&T Bank, P.O. Box 840, Buffalo, NY 14240-0840 |
| 14563959 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 00:37:00 | PNC Bank, NA, P5-PCLC-A1-N, 2730 Liberty Avenue, Pittsburgh, PA 15222 |
| 14572436 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 30 2026 00:37:00 | PNC Bank, National Association, Bankruptcy Department, PO Box 94982, Cleveland, OH 44101 |
| 14578768 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 30 2026 00:55:45 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14563960 | + | Email/Text: DeftBkr@santander.us | Jan 30 2026 00:37:00 | Santander Bank NA, 1130 Berkshire Blvd 3rd FL, Wyomissing, PA 19610-1242 |
| 14568753 | + | Email/Text: DeftBkr@santander.us | Jan 30 2026 00:37:00 | Santander Bank, N.A., 1130 Berkshire Boulevard, MC: PA-WYO-BKR2, Wyomissing, PA 19610-1242 |
| 14563961 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 30 2026 00:36:00 | VERIZON WIRELESS, PO BOX 26055, MINNEAPOLIS, MN 55426-0055 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14563958 | ##+ | Matthew R. Miller, 1251 N 10th St, Reading, PA 19604-2003 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains

| District/off: 0313-4 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jan 29, 2026 | Form ID: 138OBJ | Total Noticed: 30 |

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 31, 2026            Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 29, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com |
| MATTHEW K. FISSEL | on behalf of Creditor LAKEVIEW LOAN SERVICING  LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| ROLANDO RAMOS-CARDONA | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ecfmail@readingch13.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| STEPHEN MCCOY OTTO | on behalf of Debtor Adam S. Miller steve@sottolaw.com valeria@cornerstonelaw.us,CornerstoneLawFirmLLC@jubileebk.net,no_reply@ecf.inforuptcy.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

*Form 138OBJ* (6/24)−doc 65 − 57

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Adam S. Miller  )  Case No. 20−14559−pmm
  )
  )
Debtor(s).  )  Chapter: 13
  )
  )

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: January 29, 2026

For The Court

Mohung Wong
Clerk of Court